UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Approved.
IT IS SO ORDERED.

*s/ James R. Knepp II*
U.S. District Judge

Feb 14 2025

| | | |
|---|---|---|
| KATHERINE BRISSON, | ) | CASE NO. 3:24-cv-01364 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES KNEPP |
| v. | ) | |
| | ) | |
| SHEPHERD HEALTH AND LIVING, LLC, et al. | ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate that this matter is settled and may be dismissed, with prejudice, with each party to bear its own costs and attorney fees.  The parties further stipulate that Court shall retain jurisdiction over the enforcement of the parties' settlement agreement.

    Respectfully submitted,

    s/ Scott D. Perlmuter
    Scott D. Perlmutter (0082856)
    4106 Bridge Ave.
    Cleveland, OH  44113
    216-222-2222
    Fax: 888-604-9299
    scott@tittlelawfirm.com

    *Attorney for Plaintiff*

    and

    */s/ Jude B. Streb*
    Jude B. Streb (0071529)
    Buckingham, Doolittle & Burroughs
    4277 Munson Street, NW
    Canton, OH 44718
    Phone: 330-492-8717
    Facsimile: 330-492-9625
    jstreb@bdblaw.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of February, 2025, the foregoing was filed and served electronically. All parties may access this filing through that electronic filing system.

*/s/ Scott D. Perlmuter*
SCOTT D. PERLMUTER (0082856)

*Attorney for Plaintiff*